**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**VYACHESLAV HRYZHUK**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**
-o0O0o-

| | |
|---|---|
| **VYACHESLAV HRYZHUK,** | No.   2:14-CV-02561-EFB |
| **Plaintiff,** | |
| | STIPULATION AND  [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| **MICHAEL ASTRUE,**   Commissioner of Social Security, | |
| **Defendant.** | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to June 10, 2015.

This is the first extension, but the brief is already overdue.

1

Dated:  June 3, 2015                                                     /s/     Jesse S. Kaplan
                                                                         JESSE S. KAPLAN
                                                                         Attorney for Plaintiff


Dated: June 4, 2015                                                        /s/ per e-mail authorization

                                                                         JEFFREY CHEN
                                                                         Special Assistant U.S. Attorney
                                                                         Attorney for Defendant


ORDER


The requested extension of plaintiff's time to file a motion for summary judgment is extended to June 10, 2015.

SO ORDERED.

Dated:  June 5, 2015.
                                   _____
                                   EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE

2