1  BENJAMIN B. WAGNER
United States Attorney
2  DONNA L. CALVERT
3  Regional Chief Counsel, Region IX
Social Security Administration
4  JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
5          Social Security Administration
6          160 Spear Street, Suite 800
San Francisco, CA  94105
7          Telephone: (415) 977-8939
Facsimile: (415) 744-0134
8          Email: Jeffrey.Chen@ssa.gov
9  Attorneys for Defendant

10                     UNITED STATES DISTRICT COURT

11                     EASTERN DISTRICT OF CALIFORNIA

12                         SACRAMENTO DIVISION

13

14  VYACHESLAV HRYZHUK,                )  No. 2:14-cv-02561-EFB
                                       )
15          Plaintiff,                 )  **STIPULATION AND** ~~**PROPOSED**~~ **ORDER**
                                       )  **FOR A FIRST EXTENSION OF TIME**
16          v.                         )  **FOR DEFENDANT TO FILE HER**
                                       )  **MOTION FOR SUMMARY JUDGMENT**
17  CAROLYN W. COLVIN,                 )
18  Acting Commissioner of Social Security, )
                                       )
19          Defendant.                 )
                                       )
20  ──────────────────────────────────

21          IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and

22  with the approval of the Court, that Defendant shall have a first extension of time of 30 days to

23  file her motion for summary judgment.  Defendant respectfully request this additional time

24  because he has a very heavy workload despite due diligence in managing his calendar and

25  because of a preplanned vacation upcoming this month.

26

27

28  Stip. to Extend Def.'s MSJ

1

1    The new due date for Defendant's motion for summary judgment will be Monday,

2  August 10, 2015.

3

4                                                      Respectfully submitted,

5  Date: *July 9, 2015*                    JESSE S. KAPLAN, ATTORNEY AT LAW

6                                    By:   */s/ Jesse S. Kaplan\**
                                           JESSE S. KAPLAN
7                                          *\* By email authorization on July 9, 2015*
                                           Attorney for Plaintiff
8

9  Date: *July 9, 2015*                    BENJAMIN B. WAGNER
                                           United States Attorney
10

11                                   By:   */s/ Jeffrey Chen*
                                           JEFFREY CHEN
12                                         Special Assistant United States Attorney
                                           Attorneys for Defendant
13

14

15

16

17                                         ORDER

18

19  APPROVED AND SO ORDERED.

20  DATED:  July 13, 2015.

21                                         EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28  Stip. to Extend Def.'s MSJ

                                           2