BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| VYACHESLAV HRYZHUK, | No. 2:14-cv-02561-EFB |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 45 days to file her motion for summary judgment.  Defendant apologizes for accidentally miscalendaring this case schedule and respectfully request this additional time because he has a very heavy workload and because of an upcoming ten day vacation around Labor Day.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Thursday, September 24, 2015.

Respectfully submitted,

Date: *September 2, 2015*          JESSE S. KAPLAN, ATTORNEY AT LAW

                                          By:    */s/ Jesse S. Kaplan\**
JESSE S. KAPLAN
*\* By email authorization on Sept. 2, 2015*
Attorney for Plaintiff

Date: *September 2, 2015*          BENJAMIN B. WAGNER
United States Attorney

                                          By:    */s/ Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: September 8, 2015

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ